IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

DAQWAHN ROBBULL HAKEEM BRYANT :

                Debtors(s) : CASE NO.: 22-13356-PMM

CAPITAL ONE AUTO FINANCE,
A DIVISION OF CAPITAL ONE, N.A., : STIPULATION RESOLVING CAPITAL ONE
      vs. : AUTO FINANCE, A DIVISION OF CAPITAL
              Movant : ONE, N.A.'S MOTION FOR RELIEF FROM
: AUTOMATIC STAY

DAQWAHN ROBBULL HAKEEM BRYANT :

             Respondent :

and :
SCOTT F. WATERMAN :
             Trustee :

## ORDER APPROVING STIPULATION RESOLVING CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.'S MOTION FOR RELIEF FROM AUTOMATIC STAY

AND NOW, it is hereby ORDERED

That the Stipulation Resolving Capital One Auto Finance, a division of Capital One, N.A.'s Motion for Relief from Automatic Stay is approved.

**Date: April 6, 2023**

By the Court,

*Patricia M. Mayer*

Patricia M. Mayer, United States Bankruptcy Judge

Dated: