## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Daqwahn Robbull Hakeem Bryant<br>                                  Debtor(s) | CHAPTER 13 |
| Lakeview Loan Servicing, LLC<br>                          Movant<br>         vs. | NO. 22-13356 PMM |
| Daqwahn Robbull Hakeem Bryant<br>                                  Debtor(s) | |
| Scott F. Waterman<br>                          Trustee | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this   7th   day of   August  , 2023 at Reading, upon confirmation of this Stipulation is it ORDERED AND DECREED:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

*(signature)*

Hon. Patricia M. Mayer
United States Bankruptcy Judge