Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 22-13356-PMM**

Daqwahn Robbull Hakeem Bryant  
2124 N 1st Ave - Apt 2  
Whitehall  PA    18052

Petition Filed Date: 12/15/2022  
341 Hearing Date: 02/07/2023  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/27/2023 | $772.00 | | 02/28/2023 | $772.00 | | 04/28/2023 | $772.00 | |

**Total Receipts for the Period: $2,316.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,128.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $3,938.00 | $0.00 | $3,938.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 01P | Priority Creditors | $657.69 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $32.25 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA) NA »» 002 | Unsecured Creditors | $373.83 | $0.00 | $0.00 |
| 4 | MERRICK BANK »» 003 | Unsecured Creditors | $1,349.46 | $0.00 | $0.00 |
| 5 | CAPITAL ONE AUTO FINANCE »» 004 | Secured Creditors | $648.59 | $0.00 | $0.00 |
| 6 | HARLEY DAVIDSON CREDIT CORP »» 005 | Secured Creditors | $5,189.22 | $0.00 | $0.00 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC »» 006 | Unsecured Creditors | $1,047.64 | $0.00 | $0.00 |
| 8 | NEW JERSEY TURNPIKE AUTHORITY »» 007 | Unsecured Creditors | $1,006.55 | $0.00 | $0.00 |
| 9 | MARINER FINANCE LLC »» 008 | Unsecured Creditors | $4,559.04 | $0.00 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $2,156.87 | $0.00 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» 010 | Unsecured Creditors | $765.06 | $0.00 | $0.00 |
| 12 | LOANCARE SERVICING CENTER »» 011 | Mortgage Arrears | $18,880.72 | $0.00 | $0.00 |
| 13 | CAPITAL ONE AUTO FINANCE »» 04P | Secured Creditors | $1,945.77 | $0.00 | $0.00 |
| 14 | WHITEHALL TOWNSHIP »» 012 | Secured Creditors | $1,053.06 | $0.00 | $0.00 |
| 15 | LOANCARE SERVICING CENTER »» 11P | Secured Creditors | $5,091.49 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-13356-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,128.00 | Current Monthly Payment: | $978.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($812.00) |
| Paid to Trustee: | $266.08 | Total Plan Base: | $54,150.00 |
| Funds on Hand: | $2,861.92 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.