United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Daqwahn Robbull Hakeem Bryant
    Debtor

Case No. 22-13356-pmm
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Sep 21, 2023 | Form ID: 155 | Total Noticed: 33 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Daqwahn Robbull Hakeem Bryant, 2124 N 1st Ave - Apt 2, Whitehall, PA 18052-3957 |
| 14742908 | + | Darius McKinley Harris, 2124 N 1st Ave - 1st Floor, Whitehall, PA 18052-3957 |
| 14744871 | + | Lakeview Loan Servicing LLC, c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000 Philadelphia, PA 19106-1541 |
| 14788069 | + | Whitehall Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14788068 | + | Whitehall Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14788144 | + | Whitehall Township, c/o JAMES RANDOLPH WOOD, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100 King of Prussia, PA 19406-2726 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14742902 | + | Email/Text: bankruptcy@rentacenter.com | Sep 21 2023 23:46:00 | Acceptance Now, 5501 Headquarters Dr, Plano, TX 75024-6191 |
| 14742903 | + | Email/Text: backoffice@affirm.com | Sep 21 2023 23:46:00 | Affirm Inc, 650 California St - FL 12, San Francisco, CA 94108-2716 |
| 14742906 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 21 2023 23:46:00 | CB Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 14742904 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 21 2023 23:58:46 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14742905 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 22 2023 00:17:54 | Capital One Auto Finance, PO Box 259407, Plano, TX 75025-9407 |
| 14744346 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 21 2023 23:48:28 | Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14744182 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 21 2023 23:59:39 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14751343 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 21 2023 23:58:46 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14749133 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 21 2023 23:58:54 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14742907 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 21 2023 23:48:30 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 14742909 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 21 2023 23:58:54 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14742910 | + | Email/Text: bankruptcy.notices@hdfsi.com | Sep 21 2023 23:46:00 | Harley Davidson Credit, PO Box 21829, Carson City, NV 89721-1829 |

District/off: 0313-4 | User: admin | Page 2 of 3
Date Rcvd: Sep 21, 2023 | Form ID: 155 | Total Noticed: 33

| 14752480 | + Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Sep 21 2023 23:46:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
|---|---|---|---|
| 14742911 | ^ MEBN | Sep 21 2023 23:41:10 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14744818 | ^ MEBN | Sep 21 2023 23:41:08 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14742912 | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 21 2023 23:46:00 | LoanCare Servicing Center, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14759639 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 21 2023 23:46:00 | LoanCare, LLC, 3637 Sentara Way, Virgina Beach, VA 23452-4262 |
| 14750551 | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 21 2023 23:47:39 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14742913 | + Email/Text: bankruptcy@marinerfinance.com | Sep 21 2023 23:46:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14742914 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 21 2023 23:48:25 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14754621 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Sep 21 2023 23:45:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095 |
| 14758337 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 21 2023 23:47:10 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14743055 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 21 2023 23:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14742915 | + Email/Text: bankruptcy@petalcard.com | Sep 21 2023 23:46:35 | Petal Card 2/WebBank, PO Box 105168, Atlanta, GA 30348-5168 |
| 14753610 | + Email/Text: JCAP_BNC_Notices@jcap.com | Sep 21 2023 23:46:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14742916 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 21 2023 23:45:00 | TBOM/Fortiva MC, PO Box 105555, Atlanta, GA 30348-5555 |
| 14742917 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 21 2023 23:59:42 | The Home Depot - CitiBank, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14755584 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0313-4                          User: admin                                    Page 3 of 3
Date Rcvd: Sep 21, 2023                       Form ID: 155                                    Total Noticed: 33

Date: Sep 23, 2023                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHARLES LAPUTKA | on behalf of Debtor Daqwahn Robbull Hakeem Bryant claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Whitehall Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mfarrington@kmllawgroup.com |
| REGINA COHEN | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. rcohen@lavin-law.com, mmalone@lavin-law.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

_____

In Re: Daqwahn Robbull Hakeem Bryant

            Debtor(s)                          Chapter: 13

                                             Bankruptcy No: 22−13356−pmm

_____

***ORDER CONFIRMING PLAN UNDER CHAPTER 13***

      AND NOW, this September 21, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:


      A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

      B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

      C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.


                                          Patricia M. Mayer
                                          Judge, United States Bankruptcy Court