| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 22-13356-PMM

| | |
|---|---|
| Daqwahn Robbull Hakeem Bryant | Petition Filed Date: 12/15/2022 |
| 2124 N 1st Ave - Apt 2 | 341 Hearing Date: 02/07/2023 |
| Whitehall  PA    18052 | Confirmation Date: 09/21/2023 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2023 | $812.00 | | 08/30/2023 | $166.00 | | 10/11/2023 | $978.00 | |
| 12/11/2023 | $978.00 | | 01/23/2024 | $3,000.00 | | 07/02/2024 | $4,800.00 | |

**Total Receipts for the Period:  $10,734.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $13,050.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $3,938.00 | $3,938.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»»  01P | Priority Crediors | $657.69 | $657.69 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»»  01U | Unsecured Creditors | $32.25 | $0.00 | $32.25 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»»  002 | Unsecured Creditors | $373.83 | $0.00 | $373.83 |
| 4 | MERRICK BANK<br>»»  003 | Unsecured Creditors | $1,349.46 | $0.00 | $1,349.46 |
| 5 | CAPITAL ONE AUTO FINANCE<br>»»  004 | Secured Creditors | $648.59 | $142.29 | $506.30 |
| 6 | HARLEY DAVIDSON CREDIT CORP<br>»»  005 | Secured Creditors | $5,189.22 | $1,138.42 | $4,050.80 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  006 | Unsecured Creditors | $1,047.64 | $0.00 | $1,047.64 |
| 8 | NEW JERSEY TURNPIKE AUTHORITY<br>»»  007 | Unsecured Creditors | $1,006.55 | $0.00 | $1,006.55 |
| 9 | MARINER FINANCE LLC<br>»»  008 | Unsecured Creditors | $4,559.04 | $0.00 | $4,559.04 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  009 | Unsecured Creditors | $2,156.87 | $0.00 | $2,156.87 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  010 | Unsecured Creditors | $765.06 | $0.00 | $765.06 |
| 12 | LOANCARE SERVICING CENTER<br>»»  011 | Mortgage Arrears | $18,880.72 | $4,142.11 | $14,738.61 |
| 13 | CAPITAL ONE AUTO FINANCE<br>»»  04P | Secured Creditors | $1,945.77 | $426.87 | $1,518.90 |
| 14 | WHITEHALL TOWNSHIP<br>»»  012 | Secured Creditors | $1,053.06 | $231.02 | $822.04 |
| 15 | LOANCARE SERVICING CENTER<br>»»  11P | Mortgage Arrears | $5,091.49 | $1,116.99 | $3,974.50 |

Chapter 13 Case No. 22-13356-PMM

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,050.00 | Current Monthly Payment: | $978.00 |
| Paid to Claims: | $11,793.39 | Arrearages: | $1,980.00 |
| Paid to Trustee: | $1,256.61 | Total Plan Base: | $54,150.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.