*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Daqwahn Robbull Hakeem Bryant

Debtor(s)

Case No: 22–13356–pmm

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Debtor's Objection to Certification of Default filed by Creditor LAKEVIEW LOAN SERVICING, LLC Filed by Daqwahn Robbull Hakeem Bryant.

on: 2/27/25

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date:  1/21/25

Timothy B. McGrath
Clerk of Court