| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 22-13356-PMM

| | |
|---|---|
| Daqwahn Robbull Hakeem Bryant | Petition Filed Date: 12/15/2022 |
| 2124 N 1st Ave - Apt 2 | 341 Hearing Date: 02/07/2023 |
| Whitehall  PA    18052 | Confirmation Date: 09/21/2023 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/16/2024 | $1,000.00 | | 11/19/2024 | $2,900.00 | | 11/19/2024 | $36.00 | |
| 02/28/2025 | $1,935.00 | | 02/28/2025 | $1,006.00 | | 03/05/2025 | $971.00 | |
| 03/10/2025 | $971.00 | | 04/29/2025 | $973.00 | | 06/02/2025 | $971.00 | |
| 07/01/2025 | $971.00 | | | | | | | |

**Total Receipts for the Period:  $11,734.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $25,755.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $3,938.00 | $3,938.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 01P | Priority Crediors | $657.69 | $657.69 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $32.25 | $0.00 | $32.25 |
| 3 | CAPITAL ONE BANK (USA) NA »» 002 | Unsecured Creditors | $373.83 | $0.00 | $373.83 |
| 4 | MERRICK BANK »» 003 | Unsecured Creditors | $1,349.46 | $0.00 | $1,349.46 |
| 5 | CAPITAL ONE AUTO FINANCE »» 004 | Secured Creditors | $648.59 | $373.34 | $275.25 |
| 6 | HARLEY DAVIDSON CREDIT CORP »» 005 | Secured Creditors | $5,189.22 | $2,986.98 | $2,202.24 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC »» 006 | Unsecured Creditors | $1,047.64 | $0.00 | $1,047.64 |
| 8 | NEW JERSEY TURNPIKE AUTHORITY »» 007 | Unsecured Creditors | $1,006.55 | $0.00 | $1,006.55 |
| 9 | MARINER FINANCE LLC »» 008 | Unsecured Creditors | $4,559.04 | $0.00 | $4,559.04 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $2,156.87 | $0.00 | $2,156.87 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» 010 | Unsecured Creditors | $765.06 | $0.00 | $765.06 |
| 12 | LOANCARE SERVICING CENTER »» 011 | Mortgage Arrears | $18,880.72 | $10,868.05 | $8,012.67 |
| 13 | CAPITAL ONE AUTO FINANCE »» 04P | Secured Creditors | $1,945.77 | $1,120.02 | $825.75 |
| 14 | WHITEHALL TOWNSHIP »» 012 | Secured Creditors | $1,053.06 | $606.15 | $446.91 |

**Chapter 13 Case No. 22-13356-PMM**

| 15 | LOANCARE SERVICING CENTER »» 11P | Mortgage Arrears | $5,091.49 | $2,930.75 | $2,160.74 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $25,755.00 | Current Monthly Payment: | $978.00 |
| Paid to Claims: | $23,480.98 | Arrearages: | $1,011.00 |
| Paid to Trustee: | $2,274.02 | Total Plan Base: | $54,150.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.