UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Reading Division

| IN RE:<br><br>DAQWAHN ROBBULL HAKEEM BRYANT<br><br>Debtor | Chapter 13<br>Case No. 22-13356-PMM |
|---|---|
| CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.<br><br>Movant<br><br>v.<br><br>DAQWAHN ROBBULL HAKEEM BRYANT<br>(Debtor)<br><br>SCOTT F. WATERMAN<br>(Trustee)<br><br>Respondents | |

## ORDER MODIFYING AUTOMATIC STAY

AND NOW, this __9th__ day of __October__, 2025, upon consideration of the Motion for Relief from Automatic Stay filed by Capital One Auto Finance, a division of Capital One, N.A., the Stipulation Order and Certification of Default, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The Motion is GRANTED.

2. The automatic stay imposed by 11 U.S.C. § 362(a) is hereby modified for purposes of permitting the Movant to proceed and continue to levy and sell the **2021 Toyota Camry VIN 4T1K61BK8MU020583** to levy and sell the Vehicle, and to pursue its remedies under state law in connection with the loan documents.

3. The time period specified in Fed. R. Bankr. P. 4001(a)(4) is waived to allow Capital One Auto Finance, a division of Capital One, N.A. to immediately liquidate the Vehicle.

4. This grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

**Date: October 9, 2025**

BY THE COURT:

_Patricia M. Mayer_

Judge Patricia M. Mayer
U.S. BANKRUPTCY COURT