Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Daqwahn Robbull Hakeem Bryant
2124 N 1st Ave - Apt 2
Whitehall, PA 18052

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 22-13356-PMM**

Petition Filed Date: 12/15/2022
341 Hearing Date: 02/07/2023
Confirmation Date: 09/21/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/04/2025 | $971.00 | | 10/08/2025 | $971.00 | | 12/29/2025 | $3,952.00 | |
| 03/16/2026 | $1,000.00 | | 04/27/2026 | $1,000.00 | | 06/02/2026 | $800.00 | |
| 06/05/2026 | $200.00 | | 06/30/2026 | $400.00 | | 07/17/2026 | $578.00 | |

**Total Receipts for the Period: $9,872.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $35,656.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $3,938.00 | $3,938.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $657.69 | $657.69 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $32.25 | $0.00 | $32.25 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $373.83 | $0.00 | $373.83 |
| 4 | MERRICK BANK<br>»» 003 | Unsecured Creditors | $1,349.46 | $0.00 | $1,349.46 |
| 5 | CAPITAL ONE AUTO FINANCE<br>»» 004 | Secured Creditors | $648.59 | $554.01 | $94.58 |
| 6 | HARLEY DAVIDSON CREDIT CORP<br>»» 005 | Secured Creditors | $5,189.22 | $4,432.41 | $756.81 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 006 | Unsecured Creditors | $1,047.64 | $0.00 | $1,047.64 |
| 8 | NEW JERSEY TURNPIKE AUTHORITY<br>»» 007 | Unsecured Creditors | $1,006.55 | $0.00 | $1,006.55 |
| 9 | MARINER FINANCE LLC<br>»» 008 | Unsecured Creditors | $4,559.04 | $0.00 | $4,559.04 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $2,156.87 | $0.00 | $2,156.87 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $765.06 | $0.00 | $765.06 |
| 12 | LOANCARE SERVICING CENTER<br>»» 011 | Mortgage Arrears | $18,880.72 | $16,127.11 | $2,753.61 |

**Chapter 13 Case No. 22-13356-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | CAPITAL ONE AUTO FINANCE<br>»» 04P | Secured Creditors | $1,945.77 | $1,662.00 | $283.77 |
| 14 | WHITEHALL TOWNSHIP<br>»» 012 | Secured Creditors | $1,053.06 | $899.48 | $153.58 |
| 15 | LOANCARE SERVICING CENTER<br>»» 11P | Mortgage Arrears | $5,091.49 | $4,348.94 | $742.55 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $35,656.00 | Current Monthly Payment: | $978.00 |
| Paid to Claims: | $32,619.64 | Arrearages: | $2,846.00 |
| Paid to Trustee: | $3,036.36 | Total Plan Base: | $54,150.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.