**Fill in this information to identify the case:**

Debtor 1    Daqwahn Robbull Hakeem Bryant
(Spouse, if filing)

United States Bankruptcy Court for the EASTERN District of Pennsylvania

Case number   22-13356 PMM

---

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Lakeview Loan Servicing, LLC

**Court claim no.** (if known): 11-1

**Last 4 digits** of any number you use to identify the debtor's account: 0577

**Does this notice supplement a prior notice of postpetition fees, Expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: ___/___/___

### Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees – Plan review | 02/17/2023 | (3) | $ 225.00 |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 02/23/2023 | (5) | $ 425.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses.  Specify: | | (10) | $ |
| 11. Other.  Specify: Attorney fee for preparing 410A | 02/23/2023 | (11) | $ 250.00 |
| 12. Other.  Specify: Statutory Mailing Costs | 03/16/2023 | (12) | $ 5.94 |
| 13. Other.  Specify: Attorney fee – Plan Objection | 03/15/2023 | (13) | $ 550.00 |
| 14. Other.  Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Daqwahn Robbull Hakeem Bryant | | | Case number (*if known*) 22-13356 PMM |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ */s/ Michael P. Farrington*
Signature

Date 07/13/2023

Print: Michael P. Farrington
First Name    Middle Name    Last Name

Title: Attorney for Creditor

Company: KML Law Group, P.C.

Address: 701 Market Street, Suite 5000
Number    Street

Philadelphia,    PA    19106
City    State    Zip Code

Contact phone (215)627-1322

Email mfarrington@kmllawgroup.com

Official Form 410S2    **Notice of Postpetition Mortgage Fees, Expenses, and Charges**    page **2**
249

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Daqwahn Robbull Hakeem Bryant**<br>　　　　　　　　　　**Debtor(s)** | **BK NO. 22-13356 PMM**<br><br>**Chapter 13** |
| **Lakeview Loan Servicing, LLC**<br>　　　　　　　　　　**Movant**<br>　　　**vs.**<br><br>**Daqwahn Robbull Hakeem Bryant**<br>　　　　　　　　　　**Debtor(s)**<br><br>**Scott F. Waterman**,<br>　　　　　　　　　　**Trustee** | **Related to Claim No. 11-1** |

## CERTIFICATE OF SERVICE
## NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on July 19, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Daqwahn Robbull Hakeem Bryant
2124 North 1st Avenue Apt 2
Whitehall, PA 18052

Attorney for Debtor(s) (via ECF)
Charles Laputka, Esq.
Laputka Law Office
1344 W. Hamilton Street
Allentown, PA 18102

Trustee (via ECF)
Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service:  electronic means or first-class mail

Dated: July 19, 2023

　　　　　　　　　　　　　　　　　　　　　　*/s/ Michael P. Farrington*
　　　　　　　　　　　　　　　　　　　　　　Michael P. Farrington Esq.
　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 329636
　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　(215) 825-6488
　　　　　　　　　　　　　　　　　　　　　　mfarrington@kmllawgroup.com